# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**YULIETH MACHADO, TULIO MACHADO,**

        **Plaintiffs,**

**-vs-**                                            **Case No.  6:09-cv-2102-Orl-28KRS**

**FLORIDA DAVIS, INCORPORATED,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Defendant's Motion to Dismiss (Doc. No. 41) filed September 16, 2011.  The Motion to Dismiss was filed after Plaintiffs failed to attend the Court ordered mediation.  The United States Magistrate Judge has submitted a report recommending that the request to dismiss the case with prejudice be denied, and the request for imposition of attorney's fees and costs be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 28, 2011 (Doc. No. 47) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant's Motion to Dismiss the case with prejudice is **DENIED.**

3. Defendant's request for imposition of attorney's fees and costs is **DENIED without prejudice** subject to filing a renewed motion specifically addressing Plaintiffs' failure to comply with Court orders.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___22nd___ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

                                                       _____
                                                       JOHN ANTOON II
                                                       United States District Judge