# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**YULIETH MACHADO, TULIO MACHADO,**

          **Plaintiffs,**

**-vs-**                                **Case No.  6:09-cv-2102-Orl-28KRS**

**FLORIDA DAVIS, INCORPORATED,**

          **Defendant.**
_____

## ORDER

This case is before the Court on the Notice of Filing Fully Executed Settlement Agreement and Renewed Motion for Approval of Settlement Agreement and Dismissal (Doc. No. 56) filed January 12, 2012.  The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed January 17, 2012 (Doc. No. 58) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Renewed Motion for Approval of Settlement is **GRANTED** to the extent that the settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard provisions.

3.      The Court declines to reserve jurisdiction to enforce the settlement agreement.

4.      This case is dismissed with prejudice.

5.      The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___7th___ day of February, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge